```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  CAROLYNE ARANGO SANIN (DCBN 499564)
    Special Assistant United States Attorney
 5      150 South Almaden Boulevard, Suite 900
        San Jose, California 95113
 6      Telephone: (408) 535-5596
        Facsimile: (408) 535-5066
 7      carolyne.sanin@usdoj.gov

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   5:09-cr-00913 EJD |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| v. ) | |
| IGNACIO MACIAS COVIAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for November 21, 2011 at 1:30 p.m., be continued and rescheduled for January 23, 2012 at 1:30 p.m.

It is so stipulated.


DATED: November 14, 2011                    MELINDA HAAG
                                            United States Attorney


                                            ___/s/_____
                                            Carolyne A. Sanin

1

Special Assistant United States Attorney


___/s/_____
Jerry Fong
Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that date set for the sentencing hearing of the defendant in above-entitled case be continued from November 21, 2011 at 1:30 p.m. and be rescheduled for January 23, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: November 16, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE